IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00411-RPM-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOSEPH MORELLO,

       Defendant.

---

### ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE

---

       On July 18, 2011, the probation officer submitted a petition for early termination of supervised release in this case. On July 22, 2011, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on July 22, 2011, and the United States has not objected to the proposed relief. Accordingly, it is

       ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       DATED at Denver, Colorado, this 12th day of August, 2011.

       BY THE COURT:

       _____
       RICHARD P. MATSCH
       Senior United States District Judge